IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| Liberty Mutual Fire Insurance Company, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| Pillar Construction, Incorporated, | ) |
| | ) |
| Defendant. | ) |

**Federal Rule of Civil Procedure 7.1 Disclosure
and Certificate of Interested Parties**

1. The undersigned, counsel of record for Plaintiff, certifies that the following is a full and complete list of the parties involved in this action:

| Name | Identification and relationship |
|---|---|
| Liberty Mutual Fire Insurance Company | Plaintiff |
| Pillar Construction, Incorporated | Defendant |

2. The undersigned further certifies that the following is a full and complete list of the officers, directors, or trustees of Plaintiff:

| Name | Identification and relationship |
|---|---|
| David H. Long | Chief Executive Officer and Chairman |
| Neeti Bhalla Johnson | Executive Vice President; President and Chief Investment Officer |
| J. Eric Brosius | Executive Vice President and Chief Actuary |
| Melanie M. Foley | Executive Vice President and Chief Talent and Enterprise Services Officer |
| James F. Kelleher | Executive Vice President and Chief Legal Officer |
| Kevin H. Kelley | Vice Chairman, Global Risk Solutions |

| Name | Identification and relationship |
|---|---|
| Dennis J. Langwell | Executive Vice President; President, Global Risk Solutions |
| James M. McGlennon | Executive Vice President and Chief Information Officer |
| Christopher L. Peirce | Executive Vice President and Chief Financial Officer |
| Timothy M. Sweeney | Executive Vice President; President, Global Retail Markets |
| Mark Touhey | Senior Vice President and Secretary |
| Alison B. Erbig | Senior Vice President and Comptroller |
| Laurance H.S. Yahia | Senior Vice President and Treasurer |
| Nicholas M. Donofrio | Director |
| Francis A. Doyle | Director |
| David H. Long | Director |
| John P. Manning | Director |
| Thomas J. May | Director |
| Myrtle Potter | Director |
| Nancy W. Quan | Director |
| Ellen A. Rudnick | Director |
| Angel A. Ruiz | Director |
| Martin P. Slark | Director |
| Eric A. Spiegel | Director |
| William C. Van Faasen | Director |
| Annette M. Verschuren, O.C. | Director |

3. The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations or organizations that have a financial interest, or another interest, which could be substantially affected by the outcome of this case (including a relationship as a parent or holding company or similar relationship):

Liberty Mutual Group, Inc. owns 100% of Liberty Mutual Fire Insurance Company.

LMHC Massachusetts Holdings, Inc. owns 100% of the stock of Liberty Mutual Group, Inc.

Liberty Mutual Holding Company, Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

Respectfully submitted,

**LIBERTY MUTUAL FIRE INSURANCE COMPANY**

By Counsel,

    */s/ Andrew J. Terrell*
Andrew J. Terrell (Va. Bar. No. 30093)
Thomas Mugavero (Va. Bar No. 30214)
WHITEFORD, TAYLOR & PRESTON L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia  22042
(703) 280-9260
(703) 280-9139 (facsimile)
aterrell@wtplaw.com
tmugavero@wtplaw.com

    and

Michael R. Morris, Esquire (*to be admitted pro hac vice*)
MORRIS & MORRIS
777 South Flagler Drive
Suite 800 – West Tower
West Palm Beach, Florida  33401
(561) 838-9811
(561) 828-9351 (facsimile)
michael@morris.law

*2221832*