IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | * Case No. 1:18-cv-00610-TSE-MSN |
| PILLAR CONSTRUCTION, INCORPORATED, | * |
| Defendant. | * |

* * * * * * * * * * * * *

## ORDER

Upon consideration of the parties' Joint Motion to Dismiss this Action Based on the Parties' Settlement, it is this 16th day of July, 2018, hereby:

ORDERED, that the Joint Motion is GRANTED; and it is further

ORDERED, that the above action is and shall be hereby DISMISSED with prejudice, each party to bear its own costs and expenses.

_____
T. S. Ellis, III
United States District Judge

Copies to:

Roger C. Jones, Esq.
Huddles, Jones, Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
jones@constructionlaw.com

Andrew J. Terrell, Esq.
Whiteford, Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
aterrell@wtplaw.com